GREGORY M. SCHULMAN, ESQ.
Nevada Bar No. 5766
THORNDAL ARMSTRONG DELK
 BALKENBUSH & EISINGER
1100 E. Bridger Avenue
Las Vegas, NV 89101
 Mail To:
 P.O. Box 2070
 Las Vegas, NV 89125-2070
Tel.: (702) 366-0622
Fax: (702) 366-0327
E-Mail: gms@thorndal.com

Attorneys for Defendant
HNJ MIRACLE MILE, LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BERNADETTE EILEEN KEY, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>HNJ MIRACLE MILE, LLC, a Domestic Limited-Liability Company; DOE EMPLOYEES OF HNJ MIRACLE MILE, LLC; DOES I through X; and ROE Corporations I through X, inclusive<br><br>Defendants. | Case No.: 2:21-cv-1354-JCM-EJY<br><br>**STIPULATION AND ORDER TO DISMISS PUNITIVE DAMAGES PRAYER FOR RELIEF WITHOUT PREJUDICE** |

-1-

COME NOW the parties, by and through their respective counsel of record, and hereby stipulate to dismiss, without prejudice, the punitive damages prayer for relief contained in plaintiff's complaint.

| | |
|---|---|
| DATED: 8/3/21 | DATED: 8/4/21 |
| GINA CORENA & ASSOCIATES | THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER |
| /s/ Betsy C. Jefferis-Aguilar | /s/ Greg Schulman |
| Betsy C. Jefferis-Aguilar, Esq.<br>Nevada Bar No. 12980<br>300 S. Fourth Street<br>Las Vegas, NV 89101<br>(702) 680-1111 | Gregory M. Schulman, Esq.<br>Nevada Bar No. 5766<br>1100 E. Bridger Avenue<br>Las Vegas, NV 89101<br>(702) 366-0622 |
| Attorneys for Plaintiff<br>BERNADETTE EILEEN KEY | Attorneys for Defendant<br>HNJ MIRACLE MILE, LLC |

**ORDER**

IT IS SO ORDERED.

DATED: August 4, 2021.

_____
UNITED STATES MAGISTRATE JUDGE