GREGORY M. SCHULMAN, ESQ.
Nevada Bar No. 5766
THORNDAL ARMSTRONG DELK
 BALKENBUSH & EISINGER
1100 E. Bridger Avenue
Las Vegas, NV 89101
Tel.: (702) 366-0622
Fax: (702) 366-0327
E-Mail: gms@thorndal.com

Attorneys for Defendant
HNJ MIRACLE MILE, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BERNADETTE EILEEN KEY, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>HNJ MIRACLE MILE, LLC, a Domestic Limited-Liability Company; DOE EMPLOYEES OF HNJ MIRACLE MILE, LLC; DOES I through X; and ROE Corporations I through X, inclusive<br><br>Defendants. | Case No.: 2:21-cv-1354-JCM-EJY<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between counsel for their respective parties that the above-entitled matter be dismissed with prejudice. Each party shall

///
///
///
///
///
///
///

-1-

bear its own attorneys' fees and costs.

| DATED: March 22, 2022 | DATED: March 22, 2022 |
|---|---|
| GINA CORENA & ASSOCIATES | THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER |
| /s/ Betsy C. Jefferies-Aguilar | /s/ Greg Schulman |
| Betsy C. Jefferis-Aguilar, Esq.<br>Nevada Bar No. 12980<br>300 S. Fourth Street<br>Las Vegas, NV 89101<br>(702) 680-1111 | Gregory M. Schulman, Esq.<br>Nevada Bar No. 5766<br>1100 E. Bridger Avenue<br>Las Vegas, NV 89101<br>(702) 366-0622 |
| Attorneys for Plaintiff<br>BERNADETTE EILEEN KEY | Attorneys for Defendant<br>HNJ MIRACLE MILE, LLC |

**ORDER**

IT IS SO ORDERED March 29, 2022.

_____
UNITED STATES DISTRICT JUDGE

**SUBMITTED BY:**

THORNDAL ARMSTRONG DELK
 BALKENBUSH & EISINGER

/s/ Greg Schulman
_____
GREGORY M. SCHULMAN, ESQ.
Nevada Bar No. 5766
1100 Bridger Avenue
Las Vegas, Nevada 89101

Attorneys for Defendant
HNJ MIRACLE MILE, LLC

## Bonnie J. Hastings

**From:** Betsy Jefferis [Betsy@lawofficecorena.com]
**Sent:** Tuesday, March 22, 2022 10:10 AM
**To:** Greg Schulman
**Cc:** Bonnie J. Hastings; Real Jumao-as
**Subject:** RE: HNJ.Key

Approved. Thanks Greg!



**BETSY C. JEFFERIS, ESQ.**
*Litigation Attorney*
*Gina Corena & Associates*
300 S. 4th Street, Suite 1250
Las Vegas, NV  89101
T:  (702) 680-1111
F:  (888) 897-6507
betsy@lawofficecorena.com

NOTICE: This E-mail (including attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521. The information herein is confidential, privileged and exempt from disclosure under applicable law. This E-mail (including attachments) are intended solely for the use of the addressee hereof. If you are not the intended recipient of this message, you are prohibited from reading, disclosing, reproducing, distributing, disseminating, or otherwise using this transmission. The originator of this e-mail and its affiliates do not represent, warrant or guarantee that the integrity of this communication has been maintained or that this communication is free of errors, viruses or other defects. Delivery of this message or any portions herein to any person other than the intended recipient is not intended to waive any right or privilege. If you have received this message in error, please promptly notify the sender by e-mail and immediately delete this message from your system.

**From:** Greg Schulman <gms@thorndal.com>
**Sent:** Tuesday, March 22, 2022 10:06 AM
**To:** Betsy Jefferis <Betsy@lawofficecorena.com>
**Cc:** Bonnie J. Hastings <bjh@thorndal.com>; Real Jumao-as <RealJ@lawofficecorena.com>
**Subject:** HNJ.Key

Betsy:

We received the settlement check. I've attached the proposed stipulation and order. If you can approve it for your e-signature, I can file it once you received the check. Please coordinate with Bonnie as to when you would like to pick it up. Thanks.

Gregory M. Schulman | Partner | Thorndal Armstrong Delk Balkenbush & Eisinger
1100 E. Bridger Avenue,  Las Vegas, NV 89101
Phone: (702) 366-0622 | fax: (702) 366-0327 | cell: (702) 277-2718
gms@thorndal.com

This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s).  Any review, use, distribution or disclosure by others is strictly prohibited.  If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail and delete all copies of this message.

www.thorndal.com

1