# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BERNADETTE EILEEN KEY, | Case No. 2:21-CV-1354 JCM (EJY) |
| Plaintiff(s), | ORDER |
| v. | |
| HNJ MIRACLE MILE, LLC, | |
| Defendant(s). | |

Presently before the court is the matter of *Key v. HNJ Miracle Mile, LLC*, case number 2:21-cv-01354-JCM-EJY.

On March 29, 2022, the court granted the parties' stipulation to dismiss this matter with prejudice. (ECF Nos. 31, 32). However, plaintiff Bernadette Key's $500 non-resident cost bond remains on deposit with the court. (*See* ECF Nos. 12, 16). The certificate of cash deposit (ECF No. 16) conditions that plaintiff may seek leave of the court for a refund at the conclusion of this matter. (*Id.* at 1). The court expedites this refund process and orders that the funds be remitted on the date of this order to the legal owner of the cash, Gina M. Corena, Esq. (*Id.* at 2).

Accordingly, IT IS SO ORDERED.

DATED March 31, 2022.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**